UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MATTHEW JONES**                                                                                    **CIVIL ACTION**

**VERSUS**                                                                                                     **NUMBER: 23-7258**

**LOUISIANA STATE POLICE, ET AL.**                                                     **SECTION: "I"(5)**

**ORDER**

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Matthew Jones, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 16th day of January, 2024.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**